# Court of Appeals
# of the State of Georgia

ATLANTA,  March 18, 2019

*The Court of Appeals hereby passes the following order:*

**A19I0188.  BARBRANN GORDON v. DWIGHT DENNIS DELAPERRIERE.**

The trial court entered an order denying plaintiff Barbrann Gordon's motion for partial summary judgment in this land dispute. In the same order, the trial court granted summary judgment in favor of defendant Dwight Dennis Delaperriere. Gordon now seeks interlocutoy review.

Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. See *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654 n.1 (653 SE2d 43) (2007); *Whiddon v. Stargell*, 192 Ga. App. 826, 827-828 (386 SE2d 884) (1989). Accordingly, the order in this case is subject to direct appeal. Moreover, all rulings within that order may be raised as part of such a direct appeal. See *Southeast Ceramics v. Klem*, 246 Ga. 294, 295 (1) (271 SE2d 199) (1980); *Headrick v. Stonepark of Dunwoody Unit Owners Assn.*, 331 Ga. App. 772, 774-775 (1) (a) (771 SE2d 382) (2015).

Accordingly, this interlocutory application is hereby GRANTED. Gordon shall have ten days from the date of this order to file a notice of appeal in the trial court. If she has already filed a notice of appeal, she need not file a second one. The clerk

of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  03/18/2019*
      *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
      *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*